UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS MEDINA et al,

    Plaintiffs,

v.

                                CASE NO. 8:25-cv-02628-SDM-AEP

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

Alleging breach of contract, Luis Medina and Luz Segura sue (Doc. 1) Wright National Flood Insurance Company, which moves (Doc. 10) to dismiss on the ground that the claim is time-barred. No response appears.

On August 5, 2024, the plaintiffs' house sustained flood damage. (Doc. 1 ¶ 14) The house was insured under a Standard Flood Insurance Policy issued by Wright, a Write-Your-Own carrier participating in the National Flood Insurance Program (NFIP). (Doc. 1 ¶¶ 7–10) On September 24, 2024 — after an initial email was returned as undeliverable — Wright successfully emailed the plaintiffs a partial denial of coverage for the claimed flood damage. (Doc. 10-1 ¶ 10; Doc. 10-4; Doc. 10-5). The plaintiffs sued Wright on September 26, 2025. (Doc. 1 at 4)

Because the limitations period for a claim under an NFIP policy is "one year after the date of mailing of notice of disallowance or partial disallowance," the claim is untimely. 42 U.S.C. § 4072; 44 C.F.R. pt. 61, app. A(1), art. VII(O) (2022). Accordingly, the motion to dismiss (Doc. 10) is **GRANTED**, and the action is **DISMISSED**. The clerk must close the case.

**ORDERED** in Tampa, Florida, on March 23, 2026.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE